UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

    v.                                               Case No. 11-cr-61-PB

<u>Rafael Benietz, et al.</u>


**O R D E R**

    Defendant Domingo Hernandez, through counsel, has moved to continue the trial scheduled for October 4, 2011, citing the need for additional time to engage in further plea negotiations or to prepare for trial.  The government and co-defendant, Rafael Benietz, do not object to a continuance of the trial date.

    Accordingly, for the above reason and to allow time for the parties to properly prepare for trial, the court will continue the trial from October 4, 2011 to November 1, 2011.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The September 19, 2011 final pretrial conference is continued to October 19, 2011 at 2:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

September 19, 2011

cc: Alexander Cain, Esq.
    Jennifer Davis, AUSA
    Sven Wiberg, Esq.
    United States Probation
    United States Marshal